**Patrick J. MUHAMMAD,**
**Plaintiff–Appellant,**

v.

**MARYLAND COURT OF APPEALS; Robert M. Bell; Irma S. Raker; Alan M. Wilner; Dale R. Cathell; Glenn T. Harrell, Jr.; Lynne Ann Battaglia; Clayton Greene, Jr., all to be located at Robert C. Murphy Court of Appeals Building, 361 Rowe Boulevard Annapolis, MD 21401; State of Maryland; Bob Erhlich, Governor; Office of the Attorney General; Gary W. Kuc; Melvin Hirshman; Marianne Lee; Attorney Grievance Commission of Maryland; John Doe 3; John Doe Newspaper; Jane Doe Number 2; Marvin J. Garbis, in his individual and professional capacities; Catherine C. Blake, in her individual and professional capacities; Jane Doe Newspaper, Defendants–Appellees.**

No. 08–1399.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 19, 2008.

Patrick J. Muhammad, Appellant Pro Se. William Ferris Brockman, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

**562**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick J. Muhammad appeals the district court's orders dismissing his civil rights complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief could be granted, and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Muhammad v. Md. Ct. of Appeals,* No. 1:06–cv–03444–CCB, 2008 WL 398246 (D.Md. Feb. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*